UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 19-CR-10081-IT |
| ) | |
| GORDON ERNST, ) | |
| Defendant. ) | |

## UNITED STATES' MOTION TO VACATE POST-INDICTMENT RESTRAINING ORDER

The United States of America, by its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully requests that this Court vacate the Post-Indictment Restraining Order, which was issued on March 27, 2019, against the following property:

a. exclusive Country Club Membership at the Chevy Chase Club in the names of Gordon and Lisa Ernst, located in Chevy Chase, Maryland (the "Membership").

As grounds for this motion, the United States submits that upon review of documents recently provided to the United States, the United States has learned that the Membership is not transferrable, has no cash surrender value, and any initiation fee or dues paid are nonrefundable. Because the Membership has no value to the United States as a forfeitable asset, upon a conviction, the United States would instead recover any proceeds used to pay for the Membership through a forfeiture money judgment. As a result, it is no longer necessary for the United States to preserve the availability of the Membership for forfeiture in this case, and the restraining order can be vacated. Vacating the restraining order will also allow the Defendant to resign from the Chevy Chase Country Club and to avoid the expense of paying any fees and dues.

WHEREFORE, the United States respectfully requests that this Court endorse an Order Vacating the Post-Indictment Restraining Order.   A Proposed Order is submitted herewith.

                                                 Respectfully submitted,

                                                 ANDREW E. LELLING
                                                 United States Attorney

                                By:   /s/ *Carol E. Head*
                                                 CAROL E. HEAD, B.B.O. No. 652170
                                                 Assistant United States Attorney
                                                 United States Attorney's Office
                                                 1 Courthouse Way, Suite 9200
                                                 Boston, MA 02210
                                                 (617) 748-3100
Date:   April 2, 2019                          Carol.Head@usdoj.gov

## CERTIFICATE OF SERVICE

    I, Carol E. Head, Assistant United States Attorney, hereby certify that the foregoing document was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                 /s/ *Carol E. Head*
                                                 CAROL E. HEAD
Dated:   April 2, 2019                        Assistant United States Attorney