UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 19-CR-10081-IT |
| | ) | |
| GORDON ERNST, | ) | |
| Defendant. | ) | |

### ORDER VACATING POST-INDICTMENT RESTRAINING ORDER

**TALWANI, D.J.**

The United States of America, having petitioned this Court for an Order to Vacate the Post-Indictment Restraining Order issued on March 27, 2019, which restrained the following:

a. exclusive Country Club Membership at the Chevy Chase Club in the names of Gordon and Lisa Ernst, located in Chevy Chase, Maryland (the "Membership")

and that this Court, being fully advised of the circumstances of this case, it is hereby:

ORDERED that the Post-Indictment Restraining Order shall be vacated as to the above Membership, thereby releasing the United States' interests in and to the Membership.

DONE AND ORDERED in Boston, Massachusetts, this 3rd day of April, 2019.

INDIRA TALWANI
United States District Judge