IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **GORDON ERNST et al.,** <br><br> Defendant. | **Criminal No.** 19-CR-10081 |

## GOVERNMENT'S MOTION TO CONTINUE

     A hearing on Defendant Gordon Ernst's motion for release of funds has been set for April 17, 2019 at 10:00 a.m.  The United States of America hereby moves this Court to continue the hearing until April 23, 2019 at 2:30 p.m.  As grounds for the motion, counsel for the Government represents that the government team prosecuting this case will be traveling for business for much of the week of April 15, 2019, which would include April 17, 2019.  Accordingly, the government respectfully requests that the hearing be continued to April 23, 2019 at 2:30 p.m.

     Respectfully submitted,

     ANDREW E. LELLING
     United States Attorney


By:   _____
     ERIC S. ROSEN
     Assistant U.S. Attorney

     Date:  April 9, 2019

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

| | |
|---|---|
| Dated:  April 9, 2019 | By:    */s/ Eric S. Rosen*<br>      ERIC S. ROSEN<br>      Assistant United States Attorney |