# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GORDON ERNST,<br><br>    Defendant. | Case No. 1:19-cr-10081-IT |

## JOINT MOTION TO CONTINUE HEARING AND FILING DEADLINE

Defendant Gordon Ernst and the U.S. Attorney's Office jointly move to continue the hearing on Mr. Ernst's Motion to Release Seized Funds, currently scheduled for April 24, 2019, to a date convenient to the Court after May 24, 2019 and to continue the time for the U.S. Attorney to file a written response to the motion, currently due on April 17th, to date seven (7) days in advance of the hearing on the motion.

As grounds for this Motion, the parties state that they have entered into discussions to resolve the matter without Court intervention and need time to exchange information and finish their negotiations.

Dated:  April 12, 2019

Respectfully submitted,

GORDON ERNST

By his attorney,

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO No. 547137)
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02110
Tel.: (617) 273-8421
Fax: (617) 273-8004
tminer@mosllp.com

ANDREW LELLING
UNITED STATES ATTORNEY

By:*/s/ Carol Head*
Carol Head, Assistant U.S. Attorney
U.S. Attorney's Office
John J. Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, MA  02210
Tel. (617) 748-3100

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF on counsel for the Government on April 12, 2019.

*/s/ Tracy A. Miner*
Tracy A. Miner