UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>            v.<br><br>(7)  MARTIN FOX,<br><br>    Defendant. | No.: 1:19-cr-10081-IT |

## NOTICE OF CHANGE OF FIRM ADDRESS

Please be advised that Michael J. Pineault, counsel of record for Defendant Martin Fox, gives notice of his new firm address:

>Michael J. Pineault (BBO #555314)
>CLEMENTS & PINEAULT, LLP
>225 Franklin Street, 26th Floor
>Boston, Massachusetts 02110
>Tel.: (857) 445-0133
>mpineault@clementspineault.com

>Respectfully submitted,
>
>*/s/ Michael J. Pineault*
>Michael J. Pineault (BBO #555314)
>CLEMENTS & PINEAULT, LLP
>225 Franklin Street, 26th Floor
>Boston, MA 02110
>Tel.: 857.445.0133
>mpineault@clementspineault.com

Dated:  April 19, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2019, I electronically filed the foregoing using the CM/ECF system, which will send electronic mail notification to all registered participants, and paper copies will be sent to those indicated as non-registered participants.

                                        */s/ Michael J. Pineault*
                                        Michael J. Pineault