# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>GORDON ERNST,<br><br>        Defendant. | Case No. 1:19-cr-10081-IT |

## ASSENTED-TO MOTION TO CONTINUE HEARING

Defendant Gordon Ernst hereby moves to continue the hearing on Mr. Ernst's Motion to Release Seized Funds currently scheduled for May 30, 2019, to a date convenient to the Court during the week of July 22, 2019. As grounds for this Motion, Mr. Ernst states that he has entered into discussions with the United States Attorney's Office to resolve the matter without Court intervention and requires additional time to complete negotiations. The undersigned counsel has conferred with counsel for the Government, who assents to this Motion.

Dated: May 28, 2019

Respectfully submitted,

GORDON ERNST

By his attorneys,

*/s/ Seth B. Orkand*
Tracy A. Miner (BBO No. 547137)
Seth B. Orkand (BBO No. 669810)
MINER ORKAND SIDDALL LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02110
Tel.: (617) 273-8421
Fax: (617) 273-8004
tminer@mosllp.com
sorkand@mosllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF on counsel for the Government on May 28, 2019.

>                             */s/ Seth B. Orkand*
>                             Seth B. Orkand