**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GORDON ERNST, *et al.*,<br><br>Defendants. | Crim. No. 19-cr-10081-IT-MPK |

**JOINT INITIAL STATUS REPORT**

Pursuant to Local Rule 116.5(A), the parties hereby file the following status report prepared in connection with the Initial Status Conference that is currently scheduled for June 3, 2019.

**(1)      Automatic Discovery**

The Government provided automatic discovery in this case to the defendants on or about April 25, 2019.  The discovery was provided on a hard drive as well as an accompanying DVD. The Government provided Defendants with general indexes where required and multiple databases in load-ready forms.  Defendants are currently reviewing this discovery.

**(2)      Additional Discovery**

The Government anticipates providing significant additional discovery as it comes in and is processed by the Government.  This includes a third production on a thumb drive that will primarily – but not exclusively – consist of records that will be provided to all Defendants via mail on or about May 30, 2019.  After this, the Government anticipates producing discovery on a rolling basis approximately once each month.

Defendants request a date by which the government presently anticipates completing its discovery productions. The Government responds that in a complex case such as this, where the investigation is ongoing, additional discovery will be produced and disclosed as is required.

**(3)      Protective Orders**

There is a protective order currently in place.  Should a party seek modification of any existing protective order, a motion will be filed with the Court to address any issue.

**(4)      Pretrial Motions**

The parties agree that the no pre-trial motions made pursuant FED. R. CRIM. P. 12(b) will be filed before September 30, 2019.  The parties further agree that any request that the Court set a briefing schedule for pre-trial motions will be made on or after September 30, 2019.

**(5)      Expert Discovery**

The parties are unable to reach agreement on expert disclosure. The Government proposes disclosure 45 days prior to trial. The defense posits that this time period is insufficient to provide the defense with proper notice and enough time in which to identify rebuttal experts in advance of trial.

**(6)      Speedy Trial Act**

The parties have conferred and ask that the Court exclude the period of time from the time of the initial status conference on June 3, 2019 to the time of the next status conference, under 18 U.S.C. § 3161(h)(7)(A), to permit the Defendants time to review discovery and confer with their respective counsel.  The ends of justice served by this exclusion outweigh the interests of the public and the defendant in a speedy trial.

**(7)      Interim Status Conference**

The parties request an interim status conference on or about September 30, 2019, or at such

time as is convenient to the Court.

Respectfully Submitted,

**ANDREW E. LELLING**
**UNITED STATES ATTORNEY**

/s/ *Eric S. Rosen*
Eric. S. Rosen
Justin D. O'Connell
Leslie A. Wright
Assistant United States Attorneys
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel: (617)-748-3100
Eric.Rosen@usdoj.gov
Justin.O'Connell@usdoj.gov
Leslie.Wright@usdoj.gov

Dated: May 29, 2019                   */s/   Nina Marino*
Nina Marino, Counsel for Donna Heinel
KAPLAN MARINO, P.C.
9454 Wilshire Blvd., Ste. 902
Beverly Hills, CA 90212
Tel:  (310) 557-0007
marino@kaplanmarino.com

Dated: May 29, 2019                           /s/  Tracy A. Miner
_____
                                              Megan A. Siddall, Counsel for Gordon Ernst
                                              Seth B. Orkand
                                              Tracy A. Miner
                                              Miner Orkand Siddall LLP
                                              470 Atlantic Ave., 4th Floor
                                              Boston, MA 02210
                                              Tel: (617) 273-8406
                                              msiddall@mosllp.com
                                              sorkand@mosllp.com
                                              tminer@mosllp.com

Dated: May 29, 2019                           /s/  Jessica Diane Hedges
_____
                                              Jessica Diane Hedges, Counsel for A. Khosroshahin
                                              James E. Haynes
                                              Michael L. Tumposky
                                              Hedges & Tumposky, LLP
                                              50 Congress Street
                                              Boston, MA  02109
                                              Tel: (617) 722-8220
                                              hedges@htlawyers.com
                                              haynes@htlawyers.com
                                              tumposky@htlawyers.com

Dated: May 29, 2019                           /s/ David H. Thomas
_____
                                              David H. Thomas, Counsel for Steven Masera
                                              Kathryn S. Wallrabenstein
                                              Taft Stettinius & Hollister LLP
                                              65 E. State Street, Ste. 1000
                                              Columbus, OH  43215
                                              Tel: (614) 334-6199
                                              dthomas@taftlaw.com
                                              kwallrabenstein@taftlaw.com

Dated: May 29, 2019                     /s/ Charles P. McGinty
                                        Charles P. McGinty, Counsel for Mikaela Sanford
                                        Jessica P. Thrall
                                        Deputy Federal Public Defenders
                                        Federal Public Defender Office
                                        51 Sleeper Street, 5th Floor
                                        Boston, MA  02110
                                        (617) 223-8061
                                        charles_mcginty@fd.org
                                        jessica_thrall@fd.org


Dated: May 29, 2019                     /s/  Michael J. Pineault
                                        Michael J. Pineault, Counsel for Martin Fox
                                        Clements & Pineault LLP
                                        225 Franklin Street, 26th Floor
                                        Boston, MA 02110
                                        Tel: (857) 445-0135
                                        mpineault@clementspineault.com


Dated: May 29, 2019                     /s/  Melissa A. Weinberger
                                        Melissa A. Weinberger, Counsel for Igor Dvorskiy
                                        Touchton & Weinberger LLP
                                        800 Wilshire Blvd., Ste. 1050
                                        Los Angeles, CA  90017
                                        Tel: (213) 867-6350
                                        melissa@twcounsel.com


Dated: May 29, 2019                     /s/  Eric B. Tennen
                                        Eric B. Tennen, Counsel for Niki Williams
                                        Swomley & Tennen, LLP
                                        50 Congress Street, Ste. 600
                                        Boston, MA  02109
                                        Tel: (617) 227-8059
                                        etennen@swomleyandtennen.com

Dated: May 29, 2019                    */s/*  Dane C. Ball
                                       Dane C. Ball, Counsel for William Ferguson Shaun
                                       G. Clarke
                                       Alexander M. Wolf
                                       Smyser Kaplan & Veselka L.L.P.
                                       700 Louisiana Street, Ste. 2300
                                       Houston, TX  77002
                                       Tel: (713) 221-2300
                                       dball@skv.com
                                       sclarke@skv.com
                                       awolf@skv.com


Dated: May 29, 2019                    */s/*  Susan G. Winkler
                                       Thomas C. Frongillo, Counsel for Jorge Salcedo
                                       Susan G. Winkler
                                       Pierce Bainbridge Beck Price & Hecht LLP
                                       One Liberty Square, 13th Floor
                                       Boston, MA  02109
                                       Tel: (617) 401-7289
                                       tfrongillo@peircebainbridge.com
                                       swinkler@peircebainbridge.com


Dated: May 29, 2019                    */s/*  Stephen G. Larson
                                       Stephen G. Larson, Counsel for Jovan Vavic
                                       Larson O'Brien LLP
                                       555 S. Flower Street, Ste. 4400
                                       Los Angeles, CA  90071
                                       (213) 436-4864
                                       slarson@larsonobrienlaw.com

## CERTIFICATE OF SERVICE

I, _____, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 29, 2019.

/s/ _____