**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GORDON ERNST,<br><br>    Defendant. | Case No. 1:19-cr-10081-IT |

**DEFENDANT'S NOTICE OF WITHDRAWAL OF**
**MOTION FOR ORDER TO RELEASE SEIZED FUNDS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Gordon Ernst hereby withdraws his Motion for Order to Release Seized Funds (Dkt. No. 130) without prejudice to move for the release of funds if it becomes necessary at a later date.

Dated: July 1, 2019

Respectfully submitted,

GORDON ERNST

By his attorney,

*/s/ Seth B. Orkand*
Tracy A. Miner (BBO No. 547137)
Seth B. Orkand (BBO No. 669810)
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02110
Tel.: (617) 273-8421
Fax: (617) 273-8004
tminer@mosllp.com
sorkand@mosllp.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing document was served by ECF on counsel for the Government on July 1, 2019.

                                        */s/ Seth B. Orkand*
                                        Seth B. Orkand