UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GORDON ERNST, *et al.*,<br><br>Defendants. | Crim. No. 19-cr-10081-IT-MPK |

**JOINT INTERIM STATUS REPORT**

Pursuant to Local Rule 116.5(b), the parties[1] hereby file the following status report prepared in connection with the Interim Status Conference that is currently scheduled for October 1, 2019.

**(1)** **Automatic Discovery & Pending Discovery Requests**

The Government provided initial discovery in this case to the Defendants on or about April 25, 2019, and produced supplemental discovery on or about May 29, 2019, July 1, 2019, and August 30, 2019. The discovery was provided on hard drives, DVDs, and thumb drives. The Government provided Defendants with general indices and multiple databases in load-ready forms. Defendants are currently reviewing these indices and the discovery.

The Government has received discovery requests from Defendant Heinel. The Government believes it has addressed Defendant Heinel's requests, and there are currently no pending discovery requests. Defendant Heinel does not agree that the Government has addressed

---

[1] Counsel for Defendant Sanford was unavailable to sign onto this status report before filing.

Defendant Heinel's requests and reserves the right to further meet and confer and to file a discovery motion addressing these requests at a later date as necessary.

Defendants have not yet produced any discovery to the Government. Defendants state that they have not yet completed review of the millions of pages of discovery and thus believe that discovery to the Government is premature. Defendants further state that they are not in a position to determine what materials each will use in his or her cases-in-chief. The Government does not agree with this assessment.

**(2)    Additional Discovery**

The Government anticipates providing additional discovery as it comes in and is processed by the Government pursuant to Local Rule 116.7. Defendants request a date by which the Government presently anticipates completing its discovery productions. The Government responds that in a complex case such as this, where the investigation is ongoing, additional discovery will be produced and disclosed as is required. Defendants reply that some reasonable deadline should be set for the Government to complete discovery and that the Government may later supplement if it receives any materials after the deadline.

Defendants state that they cannot provide discovery to the Government until after they have each evaluated the Government's discovery and can reasonably determine what materials each will use in "the defendant's case-in-chief at trial" as required by Fed. R. Crim. P. 16. The Government replies that some reasonable deadline should be set for Defendants to complete discovery and that Defendants may later supplement if they receive any materials after the deadline.

897923.1

### (3) Timing of Additional Discovery Requests

The Defendants are reviewing the large quantity of discovery and indices provided by the Government. Because the Defendants have yet to finish their review of the discovery, Defendants believe it is premature to set a deadline or briefing schedule for discovery requests at this time. The Government proposes the following briefing schedule for discovery motions, while recognizing that additional discovery issues may arise after these dates as Defendants continue to review and determine what is included (or not included) in the material already provided:

- Motions and opening memoranda     November 12, 2019
- Opposition memoranda     December 20, 2019
- Reply briefs     January 10, 2019

The Defense replies they are unable to file any discovery motions by November 12, 2019 because the Defense will not have completed review of discovery by that date.

### (4) Protective Orders

There is a protective order currently in place. Should a party seek modification of any existing protective order, a motion will be filed with the Court to address any issue.

### (5) Pretrial Motions under Fed. R. Crim. P. 12(b)

The parties previously agreed that no motions for relief under Fed. R. Crim. P. 12(b) would be filed before September 30, 2019. At the initial status conference, the Court instructed the parties to propose a briefing schedule at the forthcoming interim status conference. Defendants believe it is premature to set a briefing schedule for all further Rule 12(b) motions since the Defendants have yet to complete their review of the discovery and the Government has yet to finish its production.

However, Defendants seek to file a Rule 12(b)(3)(B)(v) motion to dismiss for failure to state an offense concerning the single RICO conspiracy count alleged in the current Indictment as

3

897923.1

this is not contingent upon completion of discovery review. Accordingly, the Defendants propose the following schedule for the briefing of this single motion:

- Motions and opening memoranda     October 15, 2019
- Opposition memoranda     November 19, 2019
- Reply briefs     December 10, 2019
- Proposed Hearing Date     January 13, 2020

The Government objects to this bifurcated briefing schedule for Rule 12(b) motions, and believes that the Court should order that the Rule 12(b) motions be filed concurrently with discovery motions or at some other date as ordered by the Court. The Government believes, and will explain further at the status conference, that there is little reason to file two separate sets of Rule 12(b) motions.

The Defense replies that the Government should explain in this status report why the Government believes that there is little reason to file a dispositive Rule 12(b)(3)(B)(v) in advance of other Rule 12(b) motions.

**(6)**     **Expert Discovery**

The parties are unable to reach agreement on expert disclosure. The Government proposes disclosure 45 days prior to trial. The defense posits that this time period is insufficient to provide the defense with proper notice and enough time in which to identify rebuttal experts in advance of trial.

**(7)**     **Defenses of Insanity, Public Authority, or Alibi**

No Defendant intends to offer defenses of insanity, public authority, or alibi.

**(8)     Speedy Trial Act**

The 70-day period specified in 18 U.S.C. § 3161(c)(1) commenced on March 25, 2019 with the Defendants' initial appearance in this District. In Orders entered March 25, 2019 and June 3, 2019, the Court has excluded all time between March 25, 2019 and October 1, 2019 under the Speedy Trial Act. *See* Dkts. 109 & 184.

The parties have conferred and ask that the Court exclude the period from the time of the interim status conference on October 1, 2019 to the time of the next status conference, under 18 U.S.C. § 3161(h)(7)(A), to permit the Defendants time to review discovery and confer with their respective counsel. The ends of justice served by this exclusion outweigh the interests of the public and the Defendants in a speedy trial.

**(9)     Status of Plea Discussions and Likelihood and Estimated Length of Trial**

Defendants Janke, Khosroshahin, and Masera have already entered plea agreements. The Government is in plea discussions with additional Defendants. Depending on the number of Defendants remaining for trial, the Government currently estimates that its case-in-chief would take approximately three to six weeks, assuming half-day sessions.

**(10)    Interim Status Conference**

The parties request an interim status conference the week of January 13, 2020, or at such time as is convenient to the Court.

        Respectfully Submitted,

        **ANDREW E. LELLING**
        **UNITED STATES ATTORNEY**

        /s/ *Eric S. Rosen*
        ERIC. S. ROSEN
        JUSTIN D. O'CONNELL
        LESLIE A. WRIGHT
        KRISTEN A. KEARNEY
        Assistant United States Attorneys
        John Joseph Moakley Courthouse
        One Courthouse Way, Suite 9200
        Boston, Massachusetts 02210
        Tel: (617)-748-3100
        Eric.Rosen@usdoj.gov
        Justin.O'Connell@usdoj.gov
        Leslie.Wright@usdoj.gov
        Kristen.Kearney@usdoj.gov

Dated: September 24, 2019       /s/ *Nina Marino*
        Nina Marino, Counsel for Donna Heinel
        Richard Kaplan
        Jennifer Lieser
        Casey Clark
        KAPLAN MARINO, P.C.
        9454 Wilshire Blvd., Ste. 902
        Beverly Hills, CA 90212
        Tel: (310) 557-0007
        marino@kaplanmarino.com

Dated: September 24, 2019       /s/ *Megan A. Siddall*
        Megan A. Siddall, Counsel for Gordon Ernst
        Seth B. Orkand
        Tracy A. Miner
        Miner Orkand Siddall LLP
        470 Atlantic Ave., 4th Floor
        Boston, MA 02210

|  |  |
|---|---|
|  | Tel: (617) 273-8406 |
|  | msiddall@mosllp.com |
|  | sorkand@mosllp.com |
|  | tminer@mosllp.com |
|  |  |
| Dated: September 24, 2019 | /s/  David Gerger |
|  | David Gerger, Counsel for Martin Fox |
|  | Gerger Khalil & Hennessy LLP |
|  | 1001 Fannin Street, Ste. 2450 |
|  | Houston, TX  77002 |
|  | Tel: (713) 224-4400 |
|  | aramos@gkhfirm.com |
|  |  |
| Dated: September 24, 2019 | /s/  Melissa A. Weinberger |
|  | Melissa A. Weinberger, Counsel for Igor Dvorskiy |
|  | Touchton & Weinberger LLP |
|  | 800 Wilshire Blvd., Ste. 1050 |
|  | Los Angeles, CA  90017 |
|  | Tel: (213) 867-6350 |
|  | melissa@twcounsel.com |
|  |  |
| Dated: September 24, 2019 | /s/  Eric B. Tennen |
|  | Eric B. Tennen, Counsel for Niki Williams |
|  | Swomley & Tennen, LLP |
|  | 50 Congress Street, Ste. 600 |
|  | Boston, MA  02109 |
|  | Tel: (617) 227-8059 |
|  | etennen@swomleyandtennen.com |
|  |  |
| Dated: September 24, 2019 | /s/  Shaun G. Clarke |
|  | Dane C. Ball, Counsel for William Ferguson |
|  | Shaun G. Clarke |
|  | Alexander M. Wolf |
|  | Smyser Kaplan & Veselka L.L.P. |
|  | 700 Louisiana Street, Ste. 2300 |
|  | Houston, TX  77002 |

7

897923.1

8

                                        Tel: (713) 221-2300
                                        dball@skv.com
                                        sclarke@skv.com
                                        awolf@skv.com

Dated: September 24, 2019           */s/ Thomas C. Frongillo*_____
                                        Thomas C. Frongillo, Counsel for Jorge Salcedo
                                        Pierce Bainbridge Beck Price & Hecht LLP
                                        One Liberty Square, 13th Floor
                                        Boston, MA  02109
                                        Tel: (617) 401-7289
                                        tfrongillo@peircebainbridge.com

Dated: September 24, 2019           */s/ Stephen G. Larson*_____
                                        Stephen G. Larson, Counsel for Jovan Vavic
                                        Larson O'Brien LLP
                                        555 S. Flower Street, Ste. 4400
                                        Los Angeles, CA  90071
                                        (213) 436-4864
                                        slarson@larsonobrienlaw.com

## CERTIFICATE OF SERVICE

      I, Kristen A. Kearney hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 24, 2019.

                                                         /s/ *Kristen A. Kearney*
                                                         KRISTEN A. KEARNEY
                                                        Assistant United States Attorney