

**SMYSER KAPLAN & VESELKA, L.L.P.**

717 TEXAS AVENUE · SUITE 2800 · HOUSTON, TEXAS 77002-2761
TELEPHONE 713.221.2300 · WWW.SKV.COM

Direct Dial Number:                                                  Author's E-mail Address:
(713) 221-2327                                                        sclarke@skv.com

October 2, 2019

**By ECF Filing**
Hon. M. Page Kelley
United States Magistrate Judge
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

   Re: *United States of America v. Gordon Ernst, et al.*; Case No. 1:19-cr-10081-IT

Dear Magistrate Judge Kelley:

  At the October 1 Status Conference you inquired about the volume of discovery provided to defendants by the government in this case. Our e-discovery vendor tells us that there are 1,978,380 documents totaling 3,418,610 pages.

       Respectfully submitted,

       Shaun G. Clarke

cc: All Counsel of Record (by ECF filing)

900183.1