UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GORDON ERNST,<br><br>Defendant. | Case No. 1:19-cr-10081-IT |

### DEFENDANT GORDON ERNST'S
### WAIVER OF APPEARANCE FOR ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b) and the Court's Order of October 29, 2019 (Dkt. No. 279), Defendant Gordon Ernst hereby waives his right to appear in court for arraignment on the Superseding Indictment in the above-captioned matter. Defendant and his counsel affirm that Mr. Ernst has received a copy of the Superseding Indictment and that Mr. Ernst pleads not guilty.

Therefore, Mr. Ernst respectfully asks the court to accept this waiver and enter a plea of not guilty in his absence.

Dated: October 30, 2019

Respectfully submitted,

GORDON ERNST

_____
Gordon Ernst

By his attorneys,

/s/ Tracy A. Miner
Tracy A. Miner (BBO No. 547137)
Seth B. Orkand (BBO No. 669810)
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02110
Tel.: (617) 273-8421
Fax: (617) 273-8004
tminer@mosllp.com
sorkand@mosllp.com

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by email on counsel for the Government on November 4, 2019.

                                                      /s/ *Seth B. Orkand*
                                                      Seth B. Orkand