UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
UNITED STATES OF AMERICA                )
                                        )
              v.                        )          Criminal No. 19-10081-IT
                                        )
GORDON ERNST, *et al.*                  )
                                        )
                    Defendants.         )
_____)

JOINT PROPOSED BRIEFING SCHEDULE ON
MOTIONS TO DISMISS THE INDICTMENT

        The United States of America, together with Defendants Gordon Ernst, Donna Heinel, Jorge Salcedo, Jovan Vavic and Niki Williams, jointly move this Court to enter an order setting a revised briefing schedule on the defendants' proposed Rule 12(b)(3)(B)(v) motions to dismiss for failure to state an offense.  In support of this request, the parties state the following:

1.      On October 1, 2019, the Court set a briefing schedule on motions to dismiss the indictment pursuant to Rule 12(b)(3)(B)(v), ordering that any such motions be filed by October 15, 2019, that the government's opposition be filed by November 19, 2019, and that reply briefs be filed by December 10, 2019.

2.      On October 15, 2019, defendants Gordon Ernst, Donna Heinel, Jorge Salcedo, Jovan Vavic, and Niki Williams (the "defendants") filed motions to dismiss the single RICO conspiracy count alleged in the then-current Indictment.  [D.262–270, 274].

3.      On October 22, 2019, the government filed a 22-count Superseding Indictment.  [D.272].

4.      While many of the arguments raised in the defendants' previously-filed motions will apply to the Superseding Indictment, at least some of the defendants intend to revise their arguments as to the RICO count and to assert additional arguments relative to the newly-alleged counts.

5.      Accordingly, the government and the defendants jointly propose the following revised schedule for briefing on Rule 12(b)(3)(B)(v) motions to dismiss the Superseding Indictment:

| | |
|---|---|
| Revised motions and memoranda | December 20, 2019 |
| Opposition memoranda | January 17, 2020 |
| Reply briefs | February 14, 2020 |

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:      /s/ *Alexia R. De Vincentis*
ERIC S. ROSEN
JUSTIN D. O'CONNELL
LESLIE A. WRIGHT
KRISTEN A. KEARNEY
ALEXIA R. DEVINCENTIS
Assistant United States Attorneys
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel: (617) 748-3100
eric.rosen@usdoj.gov
justin.oconnell@usdoj.gov
leslie.wright@usdoj.gov
kristen.kearney@usdoj.gov
alexia.devincentis@usdoj.gov

Dated: November 14, 2019

/s/ *Megan A. Siddall*
Megan A. Siddall, Counsel for Gordon Ernst
Miner Orkand Siddall LLP
470 Atlantic Ave 4th Floor
Boston, MA 02210
Tel: 617-273-8406
msiddall@mosllp.com

Dated: November 14, 2019

/s/ *Nina Marino*
Nina Marino, Counsel for Donna Heinel
Kaplan Marino, P.C.
9454 Wilshire Boulevard Suite 902
Beverly Hills, CA 90212
Tel: 310-557-0007
marino@kaplanmarino.com

Dated: November 14, 2019

/s/ *Thomas C. Frongillo*
Thomas C. Frongillo, Counsel for Jorge Salcedo
Pierce Bainbridge Beck Price & Hecht LLP
One Liberty Square, 13th Flr.
Boston, MA 02109
Tel: (617) 401-7289
tfrongillo@piercebainbridge.com

Dated: November 14, 2019

/s/ *Stephen G. Larson*
Stephen G. Larson, Counsel for Jovan Vavic
555 S. Flower Street Suite 4400
Los Angeles, CA 90071
Tel: 213-436-4864
213-623-2000
slarson@larsonobrienlaw.com

Dated: November 14, 2019

/s/ *Eric B. Tennen*
Eric B. Tennen, Counsel for Niki Williams
Swomley & Tennen, LLP
Suite 600 50 Congress Street
Boston, MA 02109
Tel: 617-227-9443
etennen@swomleyandtennen.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

 */s Alexia R. DeVincentis*
ALEXIA R. DEVINCENTIS
Assistant United States Attorney

Date: November 14, 2019