IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ERNST, et al.,<br><br>  Defendants. | Criminal No. 1:19-CR-10081-IT |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel on behalf of the non-party University of Southern California in the above-captioned matter.

                                             Respectfully submitted,

                                             UNIVERSITY OF SOUTHERN CALIFORNIA,

                                             By its attorney,

                                             */s/ Anthony E. Fuller*
                                             Anthony E. Fuller (BBO# 633246)
                                             HOGAN LOVELLS US LLP
                                             100 High Street, 20th Floor
                                             Boston, MA  02110
                                             617-371-1000
                                             anthony.fuller@hoganlovells.com

December 11, 2019

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on December 11, 2019.

                                                                  /s/ *Anthony E. Fuller*