**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, §§§ | |
| Plaintiff, § | |
| vs. § | Case No. 19-cr-10081 |
| **WILLIAM FERGUSON, et al.** §§§ | |
| Defendants. § | |

## DEFENDANT WILLIAM FERGUSON'S MOTION TO JOIN CODEFENDANTS' MOTIONS TO DISMISS SUPERSEDING INDICTMENT

Defendant William Ferguson respectfully moves to join—as they pertain to Counts One and Two in the Superseding Indictment—the renewed motions to dismiss and accompanying memoranda filed by Defendants Niki Williams (Docs. 326, 327), Donna Heinel (Docs. 331, 332), Jovan Vavic (Docs. 333, 334), and Jorge Salcedo (Docs. 335, 336.)

| | |
|---|---|
| Dated: December 20, 2019 | Respectfully Submitted, |
| | **SMYSER KAPLAN & VESELKA, L.L.P.** |
| | By: _/s/ Alexander M. Wolf_ |
| | Alexander M. Wolf (MA State Bar # 685374 and Fed. Bar No. 2470631) |
| | Shaun Clarke (Fed. Bar No. 920661) |
| | Dane Ball (Fed. Bar No. 784400) |
| | 717 Texas Avenue, Suite 2800 |
| | Houston, Texas 77002 |
| | (713) 221-2300 (phone) | (713) 221-2320 (fax) |
| | sclarke@skv.com |
| | dball@skv.com |
| | awolf@skv.com |
| | **ATTORNEYS FOR DEFENDANT WILLIAM FERGUSON** |

### LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that, pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court of Massachusetts, counsel for Defendant Ferguson conferred with counsel for the United States on October 15, 2019 regarding the joinder of motions to dismiss, and Assistant

924802.1

United States Attorney Eric Rosen informed us that the United States has no objection to Defendant Ferguson joining the other co-defendants' motions to dismiss.

                                         */s/ Alexander M. Wolf*
                                         Alexander M. Wolf

## **CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 20, 2019.

                                         */s/ Alexander M. Wolf*
                                         Alexander M. Wolf