## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GORDON ERNST,<br><br>        Defendant. | Case No. 1:19-cr-10081-IT |

### DEFENDANT GORDON ERNST'S MOTION TO JOIN CODEFENDANTS' MOTIONS TO DISMISS THE SUPERSEDING INDICTMENT

Defendant Gordon Ernst, by and through undersigned counsel, moves to join the motions to dismiss the Superseding Indictment and accompanying memoranda filed by Defendants Niki Williams (Dkt. Nos. 326, 327), Donna Heinel (Dkt. Nos. 331, 332), Jovan Vavic (Dkt. Nos. 333, 334), and Jorge Salcedo (Dkt. Nos. 335, 336) in the above-captioned case.  These motions to dismiss equally apply to Mr. Ernst with respect to Counts 1, 2, 4, 6, 7, 19, and 22 of the Superseding Indictment.  Undersigned counsel therefore wishes to advance the same arguments on Mr. Ernst's behalf and requests permission to join these motions.  No prejudice to the government would arise from the allowance of this motion.

Wherefore, for the foregoing reasons, Defendant Gordon Ernst respectfully requests that his motion to join the motions to dismiss the Superseding Indictment filed by Defendants Niki Williams, Donna Heinel, Jovan Vavic, and Jorge Salcedo be allowed.

Dated: December 20, 2019

Respectfully submitted,

GORDON ERNST

By his attorneys,

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO No. 547137)
Seth B. Orkand (BBO No. 669810)
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02110
Tel.: (617) 273-8421
Fax: (617) 273-8004
tminer@mosllp.com
sorkand@mosllp.com

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that, pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court of Massachusetts, counsel for Mr. Ernst conferred with counsel for the United States on December 20, 2019 regarding joinders of motions to dismiss, and Assistant United States Attorney Eric Rosen informed us that the United States has no objection to Mr. Ernst joining the other defendants' motions to dismiss.

*/s/ Seth B. Orkand*
Seth B. Orkand

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 20, 2019.

*/s/ Seth B. Orkand*
Seth B. Orkand