**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GORDON ERNST,<br><br>    Defendant. | Case No. 1:19-cr-10081-IT |

<u>COUNSEL'S NOTICE OF CHANGE OF ADDRESS</u>

I hereby give notice that as of November 1, 2020 my office address will be as follows:

Tracy A. Miner
Seth B. Orkand
Miner Orkand Siddall LLP
101 Federal Street, Suite 650
Boston, MA  02110
Tel. (617) 202-5890
Fax: (617) 202-5893

Dated: November 5, 2020

Respectfully submitted,

GORDON ERNST

By his attorneys,

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO No. 547137)
Seth B. Orkand (BBO No. 669810)
Miner Orkand Siddall LLP
101 Federal Street, Suite 650
Boston, MA 02110
Tel.: (617) 202-5890
Fax: (617) 202-5893

tminer@mosllp.com
sorkand@mosllp.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on counsel for all parties on November 5, 2020.

/s/ Tracy A. Miner
Tracy A. Miner