**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| |
|---|
| UNITED STATES OF AMERICA, |
| |
| v. |
| |
| GORDON ERNST, et al., |
| Defendants |

Case No. 1:19-cr-10081-IT-MPK

STATUS REPORT ON REQUESTED TRIAL DATE

Per the Court's instruction, the Defendants and the U.S. Attorney's Office jointly submit this status report on a preferred trial date for this case.  Although the parties have been unable to agree on a specific date or month for trial, all parties agree that a date in November or December of 2021 is preferable given their respective trial commitments and the fact that Covid-19 vaccines are expected to have been available and administered to everyone who wants one by the third quarter of 2021.

The parties' positions are more specifically stated as follows:

1.  The Government agrees to a trial date in November or December of 2021.

2.  Defendant Ernst agrees to a trial date in November or December of 2021.

3.  Defendant Heinel requests a trial date in December, and opposes a date in November, based on counsel's firm commitment to begin a two defendant, 4-5 week complex federal health care fraud trial on September 14, 2021: <u>United States v. Carrico, et al.,</u> 18-CR-120-JLS and 18-CR-121-JLS.

4.  Defendant Ferguson requests a December trial date.

5.  Defendant Vavic requests a trial date in November and opposes a date in December, based on his counsel's need to conclude this trial in time to prepare for and travel to a February 22, 2022 trial in second jurisdiction outside of their Los Angeles base: <u>United States v. Desai</u>, 19-CR-864 (N.D. Ill), a complex fraud case pending in Chicago, which is projected to last 3-4 months.


Dated: December 4, 2020                    Respectfully submitted,



                                           */s/ Tracy A. Miner*
                                           Tracy A. Miner (BBO No. 547137)
                                           Miner Orkand Siddall LLP
                                           101 Federal Street, Suite 650
                                           Boston, MA 02110
                                           Tel.: (617) 202-5890
                                           tminer@mosllp.com

                                           Counsel for Defendant Gordon Ernst



                                           */s/ Nina Marino*
                                           Nina Marino
                                           Richard Kaplan
                                           Jennifer Lieser

Kaplan Marino, P.C.
9454 Wilshire Boulevard, Suite 902
Beverly Hills, CA  90212
Tel. (310) 557-0007
Marino @kaplanmarino.com

Counsel for Donna Heinel


/s/ Shaun G. Clarke
Shawn G. Clarke
Dane C. Ball
Alexander M. Wolf
Smyser Kaplan & Veselka LLP
717 Texas Street, Suite 2800
Houston, TX  77002
Tel. (713) 221-2300
dball@skv.com
sclarke@skv.com
awolf@skv.com

Kearns Davis
Brooks Pierce
2000 Renaissance Plaza
230 N. Elm Street
Greensboro, NC  27401
Tel. (336) 271-3174
Kdavis@brookspeirce.com

Counsel for William Ferguson


/s/ Stephen G. Larson
Stephen G. Larson
Koren L. Bell
Paul A. Rigali
Larson O'Brien LLP
555 S. Flower Street, Suite 4400
Los Angeles, CA  90071
Tel. (213) 436-4864
slarson@larsonobrienlaw.com

Counsel for Jovan Vavic

Andrew E. Lelling, U.S. Attorney

*/s/ Kristen A. Kearney*
Justin D. O'Connell
Leslie A. Wright
Kristen A. Kearney
Assistant U.S. Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, MA  02210
Tel. (617) 748-3100

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on counsel for all parties on December 4, 2020.

*/s/ Tracy A. Miner*
Tracy A. Miner