UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>GORDON ERNST, *et al.*,<br><br>　　　Defendants. | Case No. 1:19-cr-10081-IT |

## RESPONSE TO NOVEMBER 23, 2020 ORDER

Pursuant to the Memorandum & Order dated November 23, 2020 (Dkt. 564), and reserving all rights to appeal, the parties in the above-captioned action submit the following report:

1.　　There is no reason not to apply Defendants' motions, the parties' briefings, and the Court's November 23, 2020 decision to the Second Superseding Indictment (Dkt. 505).

2.　　There is no reason not to dismiss the Superseding Indictment (Dkt. 272) as moot in light of the Second Superseding Indictment (Dkt. 505).

Dated:　December 7, 2020　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ANDREW E. LELLING,
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　*/s/ Kristen A. Kearney*
　　　　　　　　　　　　　　　　　　　　Justin D. O'Connell
　　　　　　　　　　　　　　　　　　　　Leslie A. Wright
　　　　　　　　　　　　　　　　　　　　Kristen A. Kearney
　　　　　　　　　　　　　　　　　　　　Alexia DeVincentis
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorneys
　　　　　　　　　　　　　　　　　　　　John Joseph Moakley Courthouse
　　　　　　　　　　　　　　　　　　　　One Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　　　　　　Tel. (617) 748-3100

/s/ Tracy A. Miner
Tracy A. Miner (BBO No. 547137)
Miner Orkand Siddall LLP
101 Federal Street, Suite 650
Boston, MA 02110
Tel.: (617) 202-5890
tminer@mosllp.com

Counsel for Defendant Gordon Ernst


/s/ Nina Marino
Nina Marino
Richard Kaplan
Jennifer Lieser
Kaplan Marino, P.C.
9454 Wilshire Boulevard, Suite 902
Beverly Hills, CA  90212
Tel. (310) 557-0007
Marino @kaplanmarino.com

Counsel for Donna Heinel



/s/ Shaun G. Clarke
Shawn G. Clarke
Dane C. Ball
Alexander M. Wolf
Smyser Kaplan & Veselka LLP
717 Texas Street, Suite 2800
Houston, TX  77002
Tel. (713) 221-2300
dball@skv.com
sclarke@skv.com
awolf@skv.com

Kearns Davis
Brooks Pierce
2000 Renaissance Plaza
230 N. Elm Street
Greensboro, NC  27401
Tel. (336) 271-3174
Kdavis@brookspeirce.com

        Counsel for William Ferguson

*/s/ Stephen G. Larson*
Stephen G. Larson
Koren L. Bell
Paul A. Rigali
Larson LLP
555 S. Flower Street, Suite 4400
Los Angeles, CA  90071
Tel. (213) 436-4864
slarson@larsonllp.com
kbell@larsonllp.com
prigali@larsonllp.com

Counsel for Jovan Vavic

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on counsel for all parties on December 7, 2020.

*/s/ Kristen A. Kearney*
Kristen A. Kearney
Assistant U.S. Attorney