UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No.: 19-10081-IT |
| ) | |
| GORDON ERNST, *et al.*, ) | |
| ) | |
| ) | |
| Defendants ) | |

**JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the parties respectfully request that the time between August 10, 2021[1] and November 16, 2021 be excluded so that the defendants may have adequate time to confer with counsel and prepare for trial, which is scheduled to begin November 16, 2021. The ends of justice served by this exclusion outweigh the interests of the public and the defendants in a speedy trial. A proposed order is attached.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ Leslie A. Wright*
JUSTIN D. O'CONNELL
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
KRISS BASIL
Assistant United States Attorneys

---

[1] The most recent order on excludable delay issued by Judge Kelley excluded the time from February 8, 2021 to "the date the parties appear before the District Court." Dkt. 632. The parties appeared before the District Court for an initial pretrial conference on August 10, 2021. *See* Dkt. 752.

/s/ Koren L. Bell
Stephen G. Larson (CA State Bar No. 145225)
slarson@larsonllp.com
(Admitted *pro hac vice*)
Koren L. Bell (CA State Bar No. 268614)
kbell@larsonllp.com
(Admitted *pro hac vice*)
Paul A. Rigali (CA State Bar No. 262948)
prigali@larsonllp.com
(Admitted *pro hac vice*)
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
(213) 436-4888

Irwin B. Schwartz (BBO# 548763)
ischwartz@blaschwartz.com
Nicholas R. Cassie (BBO# 672698)
ncassie@blaschwartz.com
BLA Schwartz, PC
One University Ave., Suite 302B
Westwood, Massachusetts 02090
Phone: 781-636-5000
Fax: 781-636-5090

*Counsel for Defendant Jovan Vavic*


/s/ Jennifer Lieser
NINA MARINO
(Admitted *pro hac vice*)
JENNIFER LIESER
KAPLAN MARINO, P.C.
9454 Wilshire Blvd., Ste. 902
Beverly Hills, CA 90212
Telephone: (310) 557-0007
marino@kaplanmarino.com

*Counsel for Defendant Donna Heinel*

/s/ Tracy Miner
Tracy A. Miner (BBO No. 547137)
MINER SIDDALL LLP
470 Atlantic Ave., 4th Floor
Boston, MA 02110
Tel.: (617) 273-8421
Fax: (617) 273-8004
tminer@msdefenders.com

*Counsel for Defendant Gordon Ernst*


/s/ Shaun Clarke
Alexander M. Wolf (MA State Bar # 685374 and Fed. Bar No. 2470631)
Shaun Clarke (Fed. Bar No. 920661)
Dane Ball (Fed. Bar No. 784400)
SMYSER KAPLAN &VESELKA, L.L.P.
717 Texas Avenue, Suite 2800
Houston, Texas 77002
(713) 221-2300 (phone) | (713) 221-2320 (fax)
sclarke@skv.com
dball@skv.com
awolf@skv.com

*Counsel for Defendant William Ferguson*


**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: August 16, 2021

/s/ Leslie A. Wright
LESLIE A. WRIGHT
Assistant United States Attorney