UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | No. 19-cr-10081-IT |
| ) | |
| DONNA HEINEL, WILLIAM ) | |
| FERGUSON, AND JOVAN VAVIC, ) | |
| ) | |
| Defendants ) | |

## GOVERNMENT'S PROPOSED PRETRIAL ORDER

The United States, following consultation with counsel for the defendants, submits the attached proposed pretrial order, which closely tracks the Court's standard pretrial schedule and comports with Local Rule 116.2(b)(2). Through counsel, Defendants William Ferguson and Jovan Vavic agreed to the proposed schedule; and Defendant Donna Heinel indicated that she will file an alternative schedule.[1]

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: /s/Kriss Basil
JUSTIN D. O'CONNELL
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
STEPHEN E. FRANK
IAN J. STEARNS
KRISS BASIL
Assistant United States Attorneys

---

[1] Defendant Gordon Ernst took no position.

2

**<u>CERTIFICATE OF SERVICE</u>**

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

      <u>/s/Kriss Basil</u>
      Kriss Basil
      Assistant United States Attorney