UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                              No. 19-cr-10081-IT

GORDON ERNST

Defendant

## JOINT MOTION FOR RULE 11 HEARING

The United States and Defendant Gordon Ernst respectfully move for a hearing under

Federal Rule of Criminal Procedure 11.  As grounds for this motion, the parties state that the

defendant has signed a plea agreement indicating that he wishes to plead guilty to Counts Four

through Seven and Twenty-One of the Second Superseding Indictment in this case.

The defendant also requests that the hearing be conducted by Zoom, given that the defendant

lives and works in Maryland and that the COVID-19 pandemic continues.  The government does not

object to this request.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:     /s/Kriss Basil
        KRISTEN A. KEARNEY
        LESLIE A. WRIGHT
        KRISS BASIL
        Assistant United States Attorneys

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

<u>/s/Kriss Basil</u>
KRISS BASIL
Assistant United States Attorney

Date: September 15, 2021