UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 19-10081-IT |
| | ) | |
| GORDON ERNST | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO CONTINUE HEARING

The United States of America and counsel for defendant Gordon Ernst respectfully move to continue the sentencing hearing scheduled for March 28, 2022. As grounds for this motion, the parties state that a continuance is appropriate in light of the ongoing trial of Ernst's co-defendant Jovan Vavic. Accordingly, the parties respectfully move to continue the sentencing hearing to May 26, 2022 or a date thereafter convenient to the Court.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:   */s/ Kristen A. Kearney*
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
IAN J. STEARNS
STEPHEN E. FRANK
Assistant United States Attorneys


GORDON ERNST

By:   */s/ Tracy Miner*
TRACY MINER
Miner Siddall LLP

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                        */s/ Kristen A. Kearney*
                                        Kristen A. Kearney
                                        Assistant United States Attorney