UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>GORDON ERNST        )<br>)<br>Defendant.        ) | Criminal No.: 19-10081-IT |

## ASSENTED-TO MOTION TO CONTINUE HEARING

The United States of America, with the assent of counsel for defendant Gordon Ernst, respectfully moves to continue the sentencing hearing scheduled for May 26, 2022. As grounds for this motion, the government state that a continuance is appropriate because the trial of related defendant and alleged co-conspirator of Ernst, Amin Khoury, is scheduled to begin on May 31, 2022. *See United States v. Khoury*, No. 20-cr-10077-PBS. Accordingly, the government, with the assent of counsel for Ernst, respectfully moves to continue the sentencing hearing. Counsel for the government and Ernst are both available the weeks of June 20 or 27, 2022, with the exception of June 22 and 29, 2022.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:  /s/ Kristen A. Kearney
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
IAN J. STEARNS
STEPHEN E. FRANK
Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                    */s/ Kristen A. Kearney*
                                                    Kristen A. Kearney
                                                    Assistant United States Attorney