UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

GORDON ERNST et al.,

Defendants

19-cr-10081-IT-MPK

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), I respectfully seek leave of court to withdraw as counsel of record on behalf of the government in the above-captioned matter due to my forthcoming departure from the Department of Justice.  As grounds for this notice, I respectfully submit that the government will continue to be represented in this matter by Assistant United States Attorneys with docketed (or forthcoming) notices of appearance, and that my withdrawal will not delay these proceedings.

Respectfully submitted,

/s/ *Ian J. Stearns*
IAN J. STEARNS
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Ian J. Stearns*
IAN J. STEARNS
Dated: July 30, 2026                    Assistant United States Attorney